1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CRAIG T. CONKLIN JR. | ) | Case No. 15-1616 CKD |
|---|---|---|
| | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| Plaintiff, | ) | TIME TO FILE SUMMARY |
| | ) | JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SSA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 25, 2016, to April 15, 2016, with all other deadlines extended accordingly. This extension is required due to counsel's unexpected need to take care of some personal business.

/ / / /

/ / / /

/ / / /

1

Dated: March 28, 2016

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: March 28, 2016

Benjamin B. Wagner
United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jeffrey Chen
JEFFREY CHEN

Special Assistant United States Attorney
Of Counsel: Amanda Schapel

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   March 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2