BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG T. CONKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-cv-01616-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy accumulated workload resulting from his two week absence from the office in Taiwan, including a Ninth Circuit merits brief that is due to be filed on Friday, June 24.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, July 22, 2016.

                                          Respectfully submitted,

Date: *June 23, 2016*                  LAW OFFICE OF BESS M. BREWER

                                By:   */s/ Bess Brewer\**
                                              BESS BREWER
                                              *\* By email authorization on June 20, 2016*
                                              Attorney for Plaintiff

Date: *June 23, 2016*                  BENJAMIN B. WAGNER
                                              United States Attorney

                                By:   */s/ Jeffrey Chen*
                                              JEFFREY CHEN
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

                                              <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  June 23, 2016

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE