1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| CRAIG T. CONKLIN JR. | ) | Case No. 15-1616 CKD |
|---|---|---|
| | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| Plaintiff, | ) | TIME TO FILE REPLY BRIEF |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SSA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her reply brief is hereby extended from August 15, 2016, to August 30, 2016, This extension is required due to counsel's need to be out of the office on family business.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: August 15, 2016 | /*s/Bess M. Brewer*/<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: August 15, 2016 | Phillip A Talbert<br>Acting United States Attorney |
| | Deborah Lee Stachel<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Jeffrey Chen<br>JEFFREY CHEN |
| | Special Assistant United States Attorney<br>Of Counsel: Amanda Schapel |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   August 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE